UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  Case No.: 07 B 13421
Webster, Henry  )
Webster, Nikia  )  Chapter: 13
)  Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

## Order Dismissing Case

The Court having heard the facts finds that the debtor is in material default.
ORDERED: The case is dismissed for material default pursuant to 11 U.S.C. Section
1307 [c][6].

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **26 JAN 2010**

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300

Rev: 20081125